Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Mrs. MARY POLINO, Dependent Mother, and FRANK SNOWN, Dependent Brother, Respondents, on Account of the Death of JOSEPH SNOWN, Deceased, v. THE UNITED STATES RADIATOR COMPANY, Employer, and THE OCEAN ACCIDENT and GUARANTEE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed, on the ground that the filing with the Commission of an election, under the form of the Commission, of the right to sue a third person, with a reservation, may be treated as the filing of a claim. (*Ridout* v. *Rodgers & Haggerty*, 14 State Dept. Rep. 710; affd., 185 App. Div. 901; affd., 224 N. Y. 711.)

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of LOUIS CONTENTO, Respondent, for Compensation under the Workmen's Compensation Law, v. UTICA STEAM AND MOHAWK VALLEY COTTON MILLS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by BESSIE KNEETER, Respondent, on Account of the Death of PHILIP KNEETER, v. CENTRAL SHEET METAL WORKS, INC., Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concur, except Cochrane and Van Kirk, JJ., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of WALTER F. JONES, Respondent, for Compensation under the Workmen's Compensation Law, v. H. H. FRANKLIN MANUFACTURING COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation of PHILIP STAFFLINGER, Respondent, under the Workmen's Compensation Law, v. BUFFALO STEEL CAR COMPANY, Employer, and THE EMPLOYERS' MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MINNIE C. PRIOR and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. OIL WELL SUPPLY COMPANY, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MICHAEL VACCA, Respondent, for Compensation under the Workmen's Compensation Law, v. GENESEE AND WYOMING RAILROAD COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed on the authority of *Matter of Vollmers* v. *N. Y. C. R. R. Co.* (223 N. Y. 571); *Gallagher* v. *N. Y. C. R. R. Co.* (180 App. Div. 88; affd., 222 N. Y. 649); *Liberti* v. *Staten Island R. Co.* (180 App. Div. 90; affd., 223 N. Y. 682).